```
                           United States Bankruptcy Court
                            Eastern District of California

In re:                                                         Case No. 13-18094-B
Magdaleno Herrera Martinez                                     Chapter 13
Virginia Dominguez Martinez
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0972-1           User: admin                 Page 1 of 1            Date Rcvd: Jan 08, 2014
                               Form ID: b9ipln             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2014.
db/jdb       +Magdaleno Herrera Martinez,    Virginia Dominguez Martinez,    7520 Brandt,
               Buttonwillow, CA 93206-9745
aty          +Eric C. Hanson,   16038 Gale Ave,    Hacienda Heights, CA 91745-1605
tr            Michael H. Meyer,   PO Box 28950,    Fresno, CA 93729-8950
20867915     +EDFUND,   Internal Collection Unit,    PO BOX 419045,   Rancho Cordova CA 95741-9045
20867916     +Equifax Credit Information,    Bankruptcy Notification,    PO BOX 740241,   Atlanta GA 30374-0241
20867917     +Experian,   Bankruptcy Notification,    475 Anton Blvd,   Costa Mesa CA 92626-7037
20867907     +HP Sears,   PO BOX 6241,   Sioux Falls SD 57117-6241
20867909     +McMahans Furniture,    2350 Athens Ave,    Redding CA 96001-2817
20867912     +Trans Union Credit Bureau,    Bankruptcy Notification,    PO BOX 2000,   Chester PA 19016-2000
20867913     +Verizon,   500 Technology Dr Ste 300,    Welden Spring MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           EDI: EDD.COM Jan 09 2014 02:13:00      Employment Development Department,
               Bankruptcy Group, MIC 92E,   PO Box 826880,    Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Jan 09 2014 02:13:00      Franchise Tax Board,   PO Box 2952,
               Sacramento, CA  95812-2952
20867765     +EDI: AARGON.COM Jan 09 2014 02:13:00      Aargon Agency As Agent For Western Dental Services,
               Western Dental Services Inc3,   8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
20867914     +EDI: AARGON.COM Jan 09 2014 02:13:00      Aargon Collection Agency,   3160 S Valley Vw Ste 206,
               Las Vegas NV 89102-8316
20867905     +EDI: RMSC.COM Jan 09 2014 02:13:00      GE Money Bank,   PO BOX 960061,   Orlando FL 32896-0061
20867906     +EDI: RMSC.COM Jan 09 2014 02:13:00      GECRB,   c o PO BOX 965036,   Orlando FL 32896-5036
20867904     +E-mail/Text: jennifer.macedo@gatewayonelending.com Jan 09 2014 02:16:50      Gateway One,
               160 N Riverview Dr,   Ste 100,   Anaheim CA 92808-2293
20867908     +E-mail/Text: bankruptcygroup@ksfcu.org Jan 09 2014 02:17:56      Kern Schools FCU,   PO BOX 9506,
               Bakersfield CA 93389-9506
20867910     +Fax: 407-737-5634 Jan 09 2014 04:25:06      Ocwen Loan Servicing LLC,   Attn Bankruptcy Department,
               1661 Worthington Rd Ste 100,   West Palm Beach FL 33409-6493
20867911     +EDI: SALMAESERVICING.COM Jan 09 2014 02:13:00      Sallie Mae,   Attn Claims Dept,   Po Box 9500,
               Wilkes Barre PA 18773-9500
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2014 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```

FORM b9ipln Notice of Chapter 13 Bankruptcy Case  (v.9.13)                                                                                  13–18094 – B – 13

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines
**The debtor(s) listed below filed a chapter 13 bankruptcy case on 12/30/13 .**
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed above. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

| | |
|---|---|
| **Case Number:** | 13–18094 – B – 13 |

**Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address(es):**

| | |
|---|---|
| Magdaleno Herrera Martinez<br>xxx–xx–6511<br><br>7520 Brandt<br>Buttonwillow, CA 93206 | Virginia Dominguez Martinez<br>xxx–xx–2490<br><br>7520 Brandt<br>Buttonwillow, CA 93206 |

| | | | |
|---|---|---|---|
| **Debtor's Attorney:** | Eric C. Hanson<br>16038 Gale Ave<br>Hacienda Heights, CA 91745 | **Trustee:** | Michael H. Meyer<br>PO Box 28950<br>Fresno, CA 93729–8950 |
| **Telephone Number:** | 626–333–7720 | **Telephone Number:** | (559) 275–9512 |

### MEETING OF CREDITORS
**Location:**      1300 18th St #E, Bakersfield, CA
**Date & Time:**    2/5/14    10:00 AM

The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. See Explanations and Important Notice to Individual Debtors on reverse side.

**Deadlines** – Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit):   5/6/14         For a governmental unit: 6/30/14
Deadline to File a Complaint to Determine Dischargeability of Certain Debts:   04/07/2014
**Deadline to Object to Exemptions:**   Thirty (30) days after the conclusion of the meeting of creditors.
**Creditor with a Foreign Address:**   A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Filing of Plan, Deadline for Filing Objections, Hearing on Confirmation of Plan
The debtor has filed a plan. A copy of the plan is enclosed. Objections to the confirmation of this plan must be filed and served by 02/12/2014.  An objection shall state with particularity the grounds therefor, be supported by evidence, and be accompanied by a notice of the confirmation hearing on **03/05/2014 at 01:30 PM at the Bakersfield Federal Courthouse, 510 19th Street , Bakersfield , CA.** *Please consult the posted court calendar on the court's internet web site to verify the location of the hearing.* The objection and notice of hearing must be served on the debtor, the debtor's attorney, if any, and the bankruptcy trustee. If a timely objection is not filed and served, no confirmation hearing will be conducted unless the court orders otherwise.

### Creditors May Not Take Certain Actions
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| Dated:<br>1/8/14 | For the Court,<br>Wayne Blackwelder , Clerk |

FORM b9i1pln (Continued)

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under chapter 13 of the Bankruptcy Code (Title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan will be sent to you later, and you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362 and §1201. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; starting or continuing lawsuits or foreclosures; repossessing the debtor's property; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.<br>**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors. *Failure to appear at the meeting of creditors, or failure to provide proper identification and proof of social security information, may result in a motion to dismiss your case.* |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim with attachments may be filed electronically in all cases by completing the online B10 Proof of Claim form at https://ecf.caeb.uscourts.gov/cgi–bin/autoFilingClaims.pl on the bankruptcy court's web site. A username or password is not required to file an electronic claim. Instructions can be found at http://www.caeb.uscourts.gov/ElectronicClaims.aspx. Alternatively, Official Form B10, the official form prescribed for a Proof of Claim, may be printed and filed with the Clerk. Official Form B10 is available on the bankruptcy court's web site at http://www.caeb.uscourts.gov/documents/Forms/Official/B10.pdf and may be obtained at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial.<br>**Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**––– Refer to Other Side For Important Deadlines and Notices –––**