```
Eric C Hanson, SBN 139132          [Name; State Bar ID No.]
Law Office of Eric C Hanson        [Address]
16038 Gale Avenue
Hacienda Heights, CA 91745
626-333-7720 Fax: 626-333-7709     [Telephone]
Attorney for Debtor/Debtor In Propria Persona
```

**FILED**

FEB - 4 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re Magdaleno Herrera Martinez, Debtor )   Case No. 13-18094-B-13K
Virginia Dominguez Martinez, Joint Debtor )
)   **WAGE ORDER**
)
)
_____ Debtor(s).  )

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT *[insert name and address of employer]* Sturgeon & Son Grading PO BOX 607, Bakersfield, CA 93303   (for Debtor Magdaleno Herrera Martinez)

_____, the employer of the above-named debtor, is hereby directed until further court order to deduct from the debtor's wages, and to promptly forward to the Chapter 13 Standing Trustee, *[insert Trustee's name]* MICHAEL H. MEYER, at *[insert Trustee's mailing address]* PO BOX 104, Memphis, TN 38101-0104, the sum of $750.00 each month.

Payroll deductions made in accordance with the applicable law for current income tax withholding, federal social security, state disability, insurance premiums, union dues, employee welfare fund agreements, mandatory retirement contributions, and employer sustenance agreements are not affected by this order and may be continued.

This is a voluntary wage order and may include money for living expenses, such as mortgage and vehicle payments. Therefore, the salary percentage deduction limitations set forth in California Code of Civil Procedure § 706.050 and 15 U.S.C. § 1673(a) do not apply.

A copy of this order shall be served by mail on the present and subsequent employers of the debtor. Monies transmitted to the Trustee shall be identified by the debtor's name and case number as they appear above.

_/s/ Kristen M Gates_
Approved by the Chapter 13 Trustee

Dated: 2-4-14

ORDERED PURSUANT TO GENERAL ORDER ~~12-02~~ 13-04
WAYNE BLACKWELDER, CLERK

By _/s/ Maria S. Rodriguez_
Deputy Clerk

EDC 3-083-03 (Rev. 03/15/13)

RECEIVED
February 03, 2014
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005101788