Eric C Hanson (SBN 139132)
LAW OFFICE OF ERIC C HANSON
16038 Gale Avenue
Hacienda Heights, CA 91745
Telephone: 626-333-7720
Facsimile: 626-333-7709
Email: EHansonBK@gmail.com
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>MAGDALENO HERRERA MARTINEZ<br><br>VIRGINIA DOMINGUEZ MARTINEZ<br><br>                                    Debtors. | **CHAPTER 13**<br><br>**CASE NO.  1:13-18094-B**<br><br>**DC No.  ECH-1**<br><br>**UNITED STATES COURTHOUSE<br>510 19TH STREET,<br>BAKERSFIELD, CALIFORNIA** |
| MAGDALENO HERRERA MARTINEZ<br><br>VIRGINIA DOMINGUEZ MARTINEZ<br>                                     Movants<br><br>vs.<br><br>KERN SCHOOLS FEDERAL CREDIT UNION<br>                                     Respondent. | **DATE:  April 30, 2014**<br><br>**TIME: 1:30 P.M.** |

**DECLARATION IN SUPPORT OF**

**MOTION FOR VALUATION OF COLLATERAL**

**AND FIXING OF SECURED CLAIM**

I, Virginia Dominguez Martinez, declare as follows:

1

1. I am one of the debtors in the within bankruptcy proceeding.

2. Respondent KERN SCHOOLS FEDERAL CREDIT UNION holds a claim against me. That claim is secured by a lien upon my real property primary residence located at 7520 Brandt Buttonwillow, CA 93206 more particularly known as follows:

> PACEL 1 OF PARCEL MAP NO. 2320, IN THE COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 10, PAGE 106, OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF KERN COUNTY. EXCEPT THEREFROM ALL OIL, GAS MINERALS, AND OTHER HYDROCARBONS SUBSTANCES LYING BELOW THE SURFACE OF SAID LAND, BUT WITH NO RIGHT OF SURFACE ENTRY, AS PROVIDED IN DEEDS OF RECORD.

The property is subject to a lien held by respondent KERN SCHOOLS FEDERAL CREDIT UNION.

3. The following table shows the names of all other holders of liens and encumbrances upon said real property as of the date of the filing of this Chapter 13 case whose claims are prior in right to the claims of the Respondent herein and the amount of their claims. The trust deed held by Respondent, KERN SCHOOLS FEDERAL CREDIT UNION, is junior in right to each and every one of these claims.

| Lien Holder | Date of recording | Amount | Lien Position |
|---|---|---|---|
| Ocwen Loan Servicing | 08/25/2005 | $258,938.56 | First Deed of Trust |
| Kern Schools Federal Credit Union | 04/19/2008 | $30,000.00 | Junior Deed of Trust |

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 4, 2014, at Hacienda Heights, California

/s/ Virginia Dominguez Martinez
Virginia Dominguez Martinez

2