Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton #202821
Senior Staff Attorney
Kristen M. Gates #258698
Staff Attorney
P.O. Box 28950
Fresno, CA  93729-8950
Tel (559) 275-9512
Fax (559) 275-9518

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>Magdaleno Herrera Martinez<br><br>Virginia Dominguez Martinez<br><br>Debtors. | CASE NO.  13-18094-B-13K<br>DC NO.:  MHM-2<br><br>CHAPTER 13 PROCEEDING<br><br>MOTION TO DISMISS<br>PURSUANT TO 11 U.S.C.  §1307<br><br>DATE:     June 4, 2014<br>TIME:     2:00 PM<br><br>PLACE:  U.S. Courthouse<br>               510 19th Street, 2nd Floor<br>               Bakersfield, Ca 93301<br><br>JUDGE:  Hon. W. Richard Lee |

**TO THE DEBTORS AND THEIR ATTORNEY**:

**YOU AND EACH OF YOU** are hereby notified that Michael H. Meyer, Chapter 13 Standing Trustee, will move to **DISMISS** of the above-referenced case pursuant to §1307 of the Bankruptcy Code at the time and place set forth above for the following reason(s):

1. Unreasonable delay by the Debtors that is prejudicial to creditors. [1307(c)(1)]
2. Cause: Failure to set a modified plan for hearing with notice to creditors.

**WHEREFORE**, the Trustee requests the Court dismiss this case.

DATED:  5-8-14

/s/ MICHAEL H. MEYER
MICHAEL H. MEYER Chapter 13 Trustee

1