Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton #202821
Senior Staff Attorney
Kristen M. Gates #258698
Staff Attorney
P.O. Box 28950
Fresno, CA  93729-8950
Tel (559) 275-9512
Fax (559) 275-9518

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

IN RE:

Magdaleno Herrera Martinez

Virginia Dominguez Martinez

Debtors.

CASE NO.: 13-18094-B-13K
DC NO.:  MHM-2

CHAPTER 13 PROCEEDING

PROOF OF SERVICE BY MAIL

DATE: June 4, 2014
TIME: 2:00 PM

PLACE: U.S. Courthouse
510 19th Street, 2nd Floor
Bakersfield, Ca 93301

JUDGE:  Hon. W. Richard Lee

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of eighteen years and not a party to the within action. My business address is P.O. Box 28950, Fresno, California 93729-8950.

On the date below I served the following documents described as: **MOTION TO DISMISS PURSUANT TO 11 U.S.C. §1307, NOTICE OF HEARING ON MOTION TO DISMISS PURSUANT TO 11 U.S.C. §1307 and DECLARATION IN SUPPORT OF MOTION TO DISMISS PURSUANT TO 11 U.S.C. §1307, PROOF OF SERVICE.**

I served the above documents on the interested parties by placing a true and correct copy thereof in a sealed envelope with the Trusteeship's mail room personnel for affixing a fully prepaid postage and mailing in the United States mail at Fresno, California in accordance with Trusteeship's ordinary practices, addressed as set forth below:

| On debtors' attorney as follows: | Marshall D. Moushigian | Debtor: |
|---|---|---|
| Eric C Hanson | 8225 N. Yorktown Dr. | Magdaleno Herrera Martinez |
| Law Office Of Eric C Hanson | Fresno, CA 93720 | Virginia Dominguez Martinez |
| 16038 Gale Ave | | 7520 Brandt |
| Hacienda Heights, Ca 91745 | | Buttonwillow, Ca 93206 |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. This declaration was executed on May 8, 2014, at Fresno, California.

/s/ Elizabeth Clark
Elizabeth Clark

4