Eric C Hanson (SBN 139132)
LAW OFFICE OF ERIC C HANSON
16038 Gale Avenue
Hacienda Heights, CA 91745
Telephone: 626-333-7720
Facsimile: 626-333-7709
Email: EHansonBK@gmail.com
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>MAGDALENO HERRERA MARTINEZ<br><br>VIRGINIA DOMINGUEZ MARTINEZ<br><br><br><br><br><br><br><br><br>Debtors | **CHAPTER 13**<br><br>**CASE NO.  1:13-18094-B**<br><br>**DC No.  ECH-3**<br><br>**UNITED STATES COURTHOUSE<br>510 19TH STREET,<br>BAKERSFIELD, CALIFORNIA**<br><br>**DATE:  JULY 30, 2014<br>TIME: 1:30 P.M.** |

## MOTION TO CONFIRM DEBTOR'S
## SECOND AMENDED CHAPTER 13 PLAN

TO ALL CREDITORS AND PARTIES IN INTEREST:

      COME NOW DEBTORS, MAGDALENO HERRERA MARTINEZ AND VIRGINIA DOMINGUEZ MARTINEZ, and respectfully ask this Court to confirm their amended Chapter 13 Plan as follows:

      1.      Debtors filed Chapter 13 on 12/30/2013 , and the meeting of creditors has been completed on 02/05/2014.

2.   A second amended plan was filed on June 2, 2014. The reason was to remove McMahan's Furniture from creditor matrix. By error, debtor listed as a creditor.

3.   A copy of the second amended Chapter 13 Plan is being sent to all creditors with this notice. Debtors will seek confirmation of this amended Chapter 13 Plan.

4.   This second amended plan provides for a plan payment of $750.00 for 36 month paying 33 % to unsecured creditors.

5.   This second amended plan complies with all the provisions of Bankruptcy Code § 1325(a), as described in the Debtors' declaration.

WEHREFORE, Debtors prays that this Court confirm the amended Chapter 13 plan, and for such other and further relief as is just.

Dated: June 2, 2014

/s/ Eric C Hanson
Eric C Hanson, Esq. 139132
Attorney for Debtors