# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Magdaleno Herrera Martinez and Virginia Dominguez Martinez | **Case No :** | 13–18094 – B – 13 |
| | | **Date :** | 6/4/14 |
| | | **Time :** | 02:00 |
| **Matter :** | [60] – Motion/Application to Dismiss Case for Unreasonable Delay That is Prejudicial to Creditors [MHM–2] Filed by Trustee Michael H. Meyer (msam) [60] – Motion/Application to Dismiss Case [MHM–2] Filed by Trustee Michael H. Meyer (msam) | | |
| **Judge :** | W. Richard Lee | | |
| **Courtroom Deputy :** | Jennifer Dauer | | |
| **Reporter :** | Wood and Randall | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
   Trustee's Attorney – Kristen Gates
**Respondent(s) :**
(by phone)   Debtor(s) Attorney – Eric C. Hanson

HEARING CONTINUED TO: 6/26/14 at 01:30 PM

The hearing was continued for the following reason(s):
Debtors' counsel shall file a comprehensive supplemental response with a reasonable explanation for the delay one week prior to the continued hearing date.

This matter has been specially set on the Fresno calendar date.