Eric C Hanson (SBN 139132)
LAW OFFICE OF ERIC C HANSON
16038 Gale Avenue
Hacienda Heights, CA 91745
Telephone: 626-333-7720
Facsimile: 626-333-7709
Email: EHansonBK@gmail.com
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In Re:<br><br>MAGDALENO HERRERA MARTINEZ<br><br>VIRGINIA DOMINGUEZ MARTINEZ<br><br><br><br>Debtors | CHAPTER 13<br>CASE NO.  1:13-18094-B<br>DC No.  ECH-3<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>UNITED STATES COURTHOUSE<br>510 19TH STREET,<br>BAKERSFIELD, CALIFORNIA<br><br>DATE:  JULY 30, 2014<br>**TIME: 1:30 P.M.** |
|---|---|

On JULY 21, 2014, a copy of the following documents, described below,

1. Response to Chapter 13 Trustee's Opposition to Confirmation of Chapter 13 Plan

Was/Were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information and belief.

DATED: July 21, 2014

/s/ Eric C Hanson
Eric C Hanson, Esq. 139132
Attorney for Debtors

1

| | | |
|---|---|---|
| 1 | CHAPTER 13 TRUSTEE<br>MICHAEL H. MEYER | HP SEARS<br>PO BOX 6241 |
| 2 | PO BOX 28950<br>FRESNO, CA 93729 | SIOUX FALLS, SD 57117 |
| 3 | | KERN SCHOOLS FCU |
| 4 | AARGON COLLECTION AGENCY<br>3160 S VALLEY VW STE 206 | PO BOX 9506<br>BAKERSFIELD, CA 93389 |
| 5 | LAS VEGAS, NV 89102 | MCMAHAN'S FURNITURE |
| 6 | EDFUND<br>INTERNAL COLLECTION UNIT | 2350 ATHENS AVE<br>REDDING, CA 96001 |
| 7 | PO BOX 419045<br>RANCHO CORDOVA, CA 95741 | OCWEN LOAN SERVICING, LLC |
| 8 | EQUIFAX CREDIT INFORMATION | ATTN: BANKRUPTCY DEPARTMENT<br>1661 WORTHINGTON RD STE 100 |
| 9 | BANKRUPTCY NOTIFICATION<br>PO BOX 740241 | WEST PALM BEACH, FL 33409 |
| 10 | ATLANTA, GA 30374 | SALLIE MAE<br>ATTN: CLAIMS DEPT |
| 11 | EXPERIAN<br>BANKRUPTCY NOTIFICATION | PO BOX 9500<br>WILKES BARRE, PA 18773 |
| 12 | 475 ANTON BLVD<br>COSTA MESA, CA 92626 | TRANS UNION CREDIT BUREAU |
| 13 | GATEWAY ONE | BANKRUPTCY NOTIFICATION<br>PO BOX 2000 |
| 14 | 160 N. RIVERVIEW DR<br>STE 100 | CHESTER, PA 19022 |
| 15 | ANAHEIM, CA 92808 | VERIZON<br>500 TECHNOLOGY DR., STE 300 |
| 16 | GE MONEY BANK<br>PO BOX 960061 | WELDEN SPRING, MO 63304 |
| 17 | ORLANDO, FL 32896 | |
| 18 | GECRB<br>C/O PO BOX 965036<br>ORLANDO, FL 32896 | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |